# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ALEXIS FELIX-RAZO,<br>Defendant. | CR 18-346-8 DSF<br><br>ORDER DENYING MOTION FOR SENTENCE REDUCTION PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) AND PART B, SUBPART 1 OF AMENDMENT 821 (Dkt. 514) |

    Defendant moves for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821.  The motion is denied for the reasons stated in the government's Opposition.  See Dkt. 515.

    IT IS SO ORDERED.

Date: June 25, 2024

                                            Dale S. Fischer
                                            United States District Judge